■ MARY W. LIEBERMAN, Appellant-Respondent, v ROADSIDE 3 HOUR CLEANERS, INC., et al., Respondents-Appellants. — In an action to recover damages for defendants' failure to return bailed property after demand, plaintiff appeals from an order of the Supreme Court, Westchester County, entered September 23, 1980, which denied her motion for summary judgment. Defendants cross-appeal from so much of the same order as failed to grant them costs on the motion. Order modified, on the law, by granting plaintiff's motion for summary judgment to the extent of dismissing defendants' counterclaims for malicious prosecution and libel. As so modified, order affirmed, without costs or disbursements. Since the action at bar has not terminated in the defendants' favor, which is an essential element of their cause of action for malicious prosecution (see *Ellman v McCarty*, 70 AD2d 150, 155), that cause of action must be dismissed as premature. The libel claim, based upon the indorsement on the summons warning defendants that their failure to appear could subject them to "arrest and imprisonment" must also be dismissed. The warning was clearly germane to this litigation, and therefore enjoys an absolute privilege (see *Moore v Manufacturer's Nat. Bank of Troy*, 123 NY 420, 425-426; *Zefferer v Campbell*, 3 AD2d 856). Under the circumstances presented, Special Term's failure to grant defendants' request for costs on the plaintiff's motion did not constitute an abuse of discretion. Titone, J. P., Gulotta, Cohalan and O'Connor, JJ., concur.

■ ROBERT W. NEWTON et al., Appellants, v PETER D. BOORAS et al., Respondents. — In an arbitration proceeding, petitioners appeal from an order of the Supreme Court, Orange County, dated November 10, 1980, which denied their motion to disqualify respondents' arbitrator on the ground of bias. Order affirmed, with $50 costs and disbursements. Petitioners had knowledge of the arbitrator's alleged bias and their failure to initially object constituted a waiver. Mollen, P. J., Cohalan, Margett and O'Connor, JJ., concur.

■ RICHARD O'KEEFE et al., Respondents-Appellants, v WILLIAM P. LAST et al., Appellants-Respondents. — Order of the Supreme Court, Nassau County, dated October 24, 1980, affirmed insofar as appealed from by defendants. No opinion. Cross appeal by plaintiffs from an order of the same court, dated October 22, 1980, dismissed. No appeal lies from the denial of a motion to reargue. Plaintiffs are awarded one bill of $50 costs and disbursements. Mollen, P. J., Cohalan, Margett and Thompson, JJ., concur.